UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-CR-145-F-1

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | ORDER |
| CHRISTIAN PATRICK LUSARDI | |

On motion of Defendant Christian Patrick Lusardi [DE-30], and for good cause shown, it is hereby ORDERED that Docket Entry 29 be sealed, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer. The Clerk of Court is DIRECTED to file and to maintain under seal the document [DE-29].

IT IS SO ORDERED.

This the 24 day of March, 2015.

JAMES C. FOX
Senior United States District Judge