IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:14-CR-145-F

UNITED STATES OF AMERICA      )
                              )
        v.                    )
                              )
CHRISTIAN PATRICK LUSARDI     )

### FINAL ORDER OF FORFEITURE

WHEREAS, on March 30, 2015, this Court entered a
Preliminary Order of Forfeiture pursuant to the provision of
18 U.S.C. § 2323, based upon the defendant pleading guilty to 18
U.S.C. §§ 2318 and 2319(b)(1), and 17 U.S.C. § 506(a)(1)(A), and
agreeing to the forfeiture of the property listed in the March
30, 2015 Preliminary Order of Forfeiture, to wit, property
seized by the Department of Homeland Security on or about July
2012 (Exhibits A and B attached hereto), packages from China to
the Defendant or one of his aliases, which were intercepted by
Customs Border and Patrol, or packages addressed to Post Office
Boxes controlled by the Defendant, which were seized by the U.
S. Postal Inspection Service.

AND WHEREAS, the United States published notice of
this forfeiture at the www.forfeiture.gov web site for at least
30 consecutive days, between December 30, 2015 and January 28,
2016, as required by Rule G(4)(a)(iv)(C) of the Supplemental

Rules for Admiralty of Maritime Claims and Asset Forfeiture
Actions. Said published notice advised all third parties of
their right to petition the court within sixty (60) days from
the first day of the publication date for a hearing to
adjudicate the validity of their alleged legal interest in the
forfeited property;

AND WHEREAS, it appears from the record that no
claims, contested or otherwise, have been filed for the subject
personal property described in this Court's March 30, 2015
Preliminary Order of Forfeiture, other than those specifically
mentioned herein;

It is HEREBY ORDERED, ADJUDGED and DECREED:

1. That the subject personal property listed in the
March 30, 2015 Preliminary Order of Forfeiture is hereby
forfeited to the United States. That the United States
Department of Homeland Security and the United States Postal
Inspection Service are directed to dispose of the property
according to law, including destruction.

2. That any and all forfeited funds shall be
deposited by the United States Department of Treasury as soon as
located or recovered into the Department of Treasury's Assets
Forfeiture Fund in accordance with 28 U.S.C. § 524(c) and
21 U.S.C. § 881(e).

2

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this _____ 1 ⁊ _____ of day _____ *October* _____, 2016.

_____
James C. Fox
JAMES C. FOX
SENIOR UNITED STATES DISTRICT JUDGE